UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 07-20444-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

ROLANDO MORALEDA
_____/

**DEFENDANT'S OBJECTION
TO THE PRE-SENTENCE INVESTIGATION REPORT
AND
MOTION FOR MINOR ROLE REDUCTION**

The defendant, through the undersigned counsel, respectfully submits the following objection to the Pre-Sentence Investigation Report and motion for minor role reductions. Mr. Moraleda's role was minor and, as such, his calculation should include a two level reduction for minor role.

**MINOR ROLE §3B1.2.**

The Sentencing Guidelines provide that a defendant's offense level should be decreased based upon a defendant's mitigating role in the offense. U.S.S.G. §3B1.2.

§3B1.2.(b) of the Sentencing Guidelines provides, "[i]f the defendant was a minor participant in any criminal activity, decrease by 2 levels.

Mr. Moraleda's role was minor compared to that of others involved in the charged criminal activities. The overall scheme involved a conspiracy to defraud the United States government's

Medicare services of monies intended to provide heath benefits.[1] The conspiracy involved the incorporation of a company, 1st Medical Supply, Inc., by Mr. Esnardo Cabrera Hernandez. Mr. Hernandez had false claims submitted to Medicare. This resulted in Medicare payments totaling approximately $456,206.63 being deposited into 1st Medical's corporate account. In order to withdraw the money out of 1st Medicals' account, Mr. Hernandez would write checks, draw on the account, to several individuals. He would provide the checks to these individuals. The individual would then cash the check. The individual would then give the money, from cashing the check, to Mr. Hernandez. Mr. Hernandez would then pay the individual a fraction of the amount of the check. Mr. Moraleda's role was of just such a "check casher."

## CONCLUSION

Mr. Moraleda respectfully requests that this Honorable Court apply a two level reduction, to his offense level calculation, for his minor role in this crime.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: s/ Michael Spivack
Michael Spivack
Assistant Federal Public Defender
Florida Bar 0508969
150 W. Flagler Street, Suite 1700
Miami, FL 33l30-1556
Telephone: (305) 530-7000
Fax: (305) 536-4559
E-mail: michael_spivack@fd.org

---

[1] A copy of the indictment is attached as an Exhibit.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

 s/   Michael Spivack
Michael Spivack